UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DARRYL D. DIXON,**

    **Petitioner,**

v.                                              Case No. 6:10-cv-364-Orl-35DAB

**SECRETARY DEPARTMENT OF**
**CORRECTIONS, FLORIDA ATTORNEY**
**GENERAL,**

    **Respondents.**
_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 6)** |
| **FILED:** | April 28, 2010 |
| | **THEREON** it is **ORDERED** that the motion is **DENIED**. |

This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 4th day of May, 2010.

Copies to:
sa 5/4
Counsel of Record
Darryl D. Dixon

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE